FORM 4

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HMTX INDUSTRIES LLC, <br> HALSTEAD NEW ENGLAND CORPORATION, and <br> METROFLOR CORPORATION, <br> <br> Plaintiffs, <br> <br> v. <br> <br> UNITED STATES OF AMERICA; <br> OFFICE OF THE UNITED STATES TRADE <br> REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. <br> TRADE REPRESENTATIVE; U.S. CUSTOMS & <br> BORDER PROTECTION; MARK A. MORGAN, U.S. <br> CUSTOMS & BORDER PROTECTION ACTING <br> COMMISSIONER, <br> <br> Defendants. | Court No. 20-00177 <br> <br> **SUMMONS** |

**TO:**   The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiffs' attorneys, whose names and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Mario Toscano
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

 /s/ Matthew R. Nicely　　　　　　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP
Matthew R. Nicely　　　　　　　　　　　　　　　2001 K Street, NW
Pratik A. Shah　　　　　　　　　　　　　　　　　Washington, D.C. 20006
James E. Tysse　　　　　　　　　　　　　　　　　mnicely@akingump.com
Devin S. Sikes　　　　　　　　　　　　　　　　　202-887-4000
Daniel M. Witkowski
Sarah B. W. Kirwin

Dated: September 10, 2020

*Counsel to HMTX Industries LLC, Halstead New England Corporation, and Metroflor Corporation*