FORM 11

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HMTX INDUSTRIES LLC,<br>HALSTEAD NEW ENGLAND CORPORATION, and<br>METROFLOR CORPORATION,<br><br>                Plaintiffs,<br><br>                v.<br><br>UNITED STATES OF AMERICA;<br>OFFICE OF THE UNITED STATES TRADE<br>REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S.<br>TRADE REPRESENTATIVE; U.S. CUSTOMS &<br>BORDER PROTECTION; MARK A. MORGAN, U.S.<br>CUSTOMS & BORDER PROTECTION ACTING<br>COMMISSIONER,<br><br>                Defendants. | Court No. 20-00177 |

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiffs, HMTX Industries LLC, Halstead New England Corporation, and Metroflor Corporation, in this action and requests that all papers be served on him.

The individual attorney in the undersigned firm who is responsible for the litigation is Matthew R. Nicely.

Date: September 10, 2020

   /s/ Pratik A. Shah
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006
202-887-4000
pshah@akingump.com