IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HTMX INDUSTRIES LLC,<br>HALSTEAD NEW ENGLAND<br>CORPORATION, and,<br>METROFLOR COPRORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA;<br>OFFICE OF THE UNITED STATES TRADE<br>REPRESENTATIVE; ROBERT E.<br>LIGHTHIZER, U.S. TRADE<br>REPRESENTATIVE; U.S. CUSTOMS AND<br>BORDER PROTECTION; MARC A.<br>MORGAN, U.S. CUSTOMS AND BORDER<br>PROTECTION ACTING COMMISSIONER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Court No. 20-00177<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, _____Elizabeth Speck_____, hereby enters an appearance as the principal attorney of record for the United States, Office of the U.S. Trade Representative, Robert E. Lighthizer, U.S. Trade Representative, U.S. Customs and Border Protection, and Marc A. Morgan, U.S. Customs and Border Protection, Acting Commissioner, defendants in this action, and requests that all papers in connection with this action be served at the address below.

                Respectfully submitted,

                JEFFREY BOSSERT CLARK
                Acting Assistant Attorney General

                JEANNE E. DAVIDSON
                Director

        s/ L. Misha Preheim
_____
L. MISHA PREHEIM
Assistant Director

        s/Elizabeth Anne Speck
_____
ELIZABETH ANNE SPECK
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0369
Facsimile:  (202) 353-0461
E-mail: Elizabeth.Speck@usdoj.gov

September 15, 2020        Attorneys for Defendant