UNITED STATES COURT OF INTERNATIONAL TRADE

Before: Unassigned

| | |
|---|---|
| HMTX INDUSTRIES LLC, HALSTEAD NEW ENGLAND CORP., METROFLOR CORPORATION, AND JASCO PRODUCTS COMPANY LLC, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; and MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER, <br><br>Defendants. | Ct. No. 20-177 |
| SHOP247.COM, INC., <br><br>Plaintiff, <br><br>v. <br><br>UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER, <br><br>Defendants. | Ct. No. 20-680 |
| L'IMAGE HOME PRODUCTS INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE | Ct. No. 20-905 |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER,

Defendants.

### RESPONSE AND OPPOSITION TO THE UNITED STATES' MOTION FOR CASE MANAGEMENT PROCEDURES

Undersigned counsel for Plaintiffs in case numbers 20-00680 (Shop247.com, Inc.) and 20-00905 (L'Image Home Products Inc.) hereby joins the third-party Response and Opposition to the Motion of the United States for Case Management Procedures (the "Third-Party Response"), Dkt. # 24, and Plaintiffs' Response to Motion for Case Management Procedures, Dkt. # 22. Despite the fact that Defendants' Motion for Case Management Procedures (the "Motion") implicates the rights of thousands of parties that have challenged the List 3 and List 4A tariffs, Defendants did not even attempt to give those parties notice of the Motion. Instead, Defendants only filed the Motion in the *HMTX Industries* case (No. 20-177), leaving the plaintiffs in all other cases without warning of Defendants' request to stay their cases and strip their counsel of the opportunity to advocate on their behalves. Undersigned counsel objects to this improper procedural maneuver—which violates USCIT Rule 5(a)—and provides this separate Response to underscore the importance of giving *all* parties notice of the Motion and an opportunity to be heard in crafting the case-management procedures.

As discussed in the Third-Party Response, Defendants failed to give all plaintiffs the basic notice required by USCIT Rule 5(a). Under that rule, "all pleadings and other papers must be served on every party." USCIT Rule 5(a). Yet without providing notice to the plaintiffs in the vast majority of related Section 301 cases, Defendants have requested an "immediate stay" of those cases. *See* Dkt. # 20 at 4. What is more, Defendants' Motion would deprive counsel in all but the "first filed" cases of the opportunity to advocate on their clients' behalves in any meaningful way, limiting counsel in the non-first-filed cases

to "short briefs" as *amicus curiae*. *See id.* This Court should not countenance such significant intrusions on the rights of plaintiffs in related cases—particularly where those plaintiffs lack basic notice of the intrusions – and a complete disregard for the applicable procedural rules.

Undersigned counsel agrees that the high volume of cases challenging the Section 301 duties likely requires the Court to implement case-management procedures. But that does not excuse Defendants' violation of USCIT Rule 5(a) and their failure to provide the parties in thousands of Section 301 duty cases with *any* notice of the Motion. To remedy Defendants' procedural mishap, undersigned counsel respectfully requests that the Court deny the Motion or strike it and require Defendants to refile in accordance with USCIT rules.  The Court should be provided an opportunity to hear the legal and factual arguments of every party asserting claims in these related matters.

DATED this 13th day of October, 2020.

SNELL & WILMER L.L.P.

By: s/ Brett W. Johnson
Brett W. Johnson
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
*Attorneys for Shop247.com, Inc. and L'Image Home Products, Inc.*

# **CERTIFICATE OF SERVICE**

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on October 13, 2020, copies of Plaintiff's Summons and Complaint were served on the following parties by certified mail, return receipt requested:

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-in-Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

General Counsel Joseph L. Barloon
Office of the General Counsel
Office of the U.S. Trade Representative
600 17th Street, NW
Washington, DC 20006

Chief Counsel Scott K. Falk
Office of Chief Counsel
U.S. Customs & Border Protection
1300 Pennsylvania Ave., NW
Washington, DC 20229

Matthew R. Nicely
Pratik A. Shah
James E. Tysse
Devin S. Sikes
Daniel M. Witkowski
Sarah B. W. Kirwin
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006
Counsel to Plaintiffs HMTX Industries LLC, Halstead New England Corporation, Metroflor Corporation, and Jasco Products Company LLC

  s/ Tracy Hobbs