## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| HMTX INDUSTRIES LLC,<br>HALSTEAD NEW ENGLAND CORPORATION,<br>METROFLOR CORPORATION, and<br>JASCO PRODUCTS COMPANY LLC, | : <br> : <br> : <br> : <br> : | |
| Plaintiffs, | : | |
| v. | : | Court No. 20-00177 |
| UNITED STATES OF AMERICA;<br>OFFICE OF THE UNITED STATES TRADE<br>REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S.<br>TRADE REPRESENTATIVE; U.S. CUSTOMS &<br>BORDER PROTECTION; MARK A. MORGAN, U.S.<br>CUSTOMS & BORDER PROTECTION ACTING<br>COMMISSIONER, | : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : <br> : <br> : | |

## PLAINTIFFS' CONSENT MOTION TO AMEND THE SUMMONS

Pursuant to U.S. Court of International Trade Rule 3(e), Plaintiffs HMTX Industries LLC ("HMTX"), Halstead New England Corporation ("Halstead"), Metroflor Corporation ("Metroflor"), and Jasco Products Company LLC ("Jasco") (together, "Plaintiffs") respectfully move the Court to amend the summons filed in this action.

HMTX, Halstead, and Metroflor initiated this action on September 10, 2020. Docket No. 1 (Summons), 2 (Complaint). On that date, HMTX, Halstead, and Metroflor filed and served their summons and complaint, among other papers. *See* Docket Nos. 1-2. On September 21, 2020, HMTX, Halstead, and Metroflor amended their complaint to add Jasco as a plaintiff. Docket No. 12. As of the date of this motion, Plaintiffs have not amended their summons to name Jasco as a plaintiff.

Rule 3(e) provides that "[t]he court may allow a summons to be amended at any time on such terms as it deems just, unless it clearly appears that material prejudice would result to the substantial rights of the party against whom the amendment is allowed."  Plaintiffs respectfully move the Court to amend their summons to name Jasco as a plaintiff.  Granting Plaintiffs' motion would ensure that the amended summons names each Plaintiff, consistent with Rule 10(a).  *See* Rule 10(a) (stating in relevant part that "[t]he caption of the summons and the complaint must name all the parties").  Given that Defendants received the original summons and had entered an appearance in this action before being served with the amended complaint, Plaintiffs believe that no prejudice (much less material prejudice) would result to the substantial rights of Defendants by the docketing of this amended summons.  Defendants have informed Plaintiffs that they consent to this motion.

For these reasons, Plaintiffs respectfully request that the Court grant this motion and docket the amended summons that appears in **Attachment 1**.

Respectfully submitted,

 /s/ Matthew R. Nicely
Matthew R. Nicely
Pratik A. Shah
James E. Tysse
Devin S. Sikes
Daniel M. Witkowski
Sarah B. W. Kirwin

Dated:  November 24, 2020

AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006

*Counsel to Plaintiffs HMTX Industries LLC, Halstead New England Corporation, Metroflor Corporation, and Jasco Products Company LLC*

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |  |
|---|---|---|
| | : | |
| HMTX INDUSTRIES LLC, | : | |
| HALSTEAD NEW ENGLAND CORPORATION, | : | |
| METROFLOR CORPORATION, and | : | |
| JASCO PRODUCTS COMPANY LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Court No. 20-00177 |
| | : | |
| UNITED STATES OF AMERICA; | : | |
| OFFICE OF THE UNITED STATES TRADE | : | |
| REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. | : | |
| TRADE REPRESENTATIVE; U.S. CUSTOMS & | : | |
| BORDER PROTECTION; MARK A. MORGAN, U.S. | : | |
| CUSTOMS & BORDER PROTECTION ACTING | : | |
| COMMISSIONER, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

## <u>PROPOSED ORDER</u>

Upon consideration of Plaintiffs' Consent Motion to Amend the Summons, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**ORDERED** that the amended summons included in Plaintiffs' Motion shall be docketed

by the Court.


Dated: _____                    _____
        New York, NY                               Chief Judge Timothy C. Stanceu

# **ATTACHMENT 1**

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| HMTX INDUSTRIES LLC,<br>HALSTEAD NEW ENGLAND CORPORATION,<br>METROFLOR CORPORATION, and<br>JASCO PRODUCTS COMPANY LLC, | : | |
| | : | |
| Plaintiffs, | : | **AMENDED SUMMONS** |
| | : | |
| v. | : | Court No. 20-00177 |
| | : | |
| UNITED STATES OF AMERICA;<br>OFFICE OF THE UNITED STATES TRADE<br>REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S.<br>TRADE REPRESENTATIVE; U.S. CUSTOMS &<br>BORDER PROTECTION; MARK A. MORGAN, U.S.<br>CUSTOMS & BORDER PROTECTION ACTING<br>COMMISSIONER, | : | |
| | : | |
| Defendants. | : | |

**TO:**    The Above-Named Defendants:

Plaintiffs have amended their summons to name Jasco Products Company LLC as a plaintiff.  You are hereby summoned and required to serve on plaintiffs' attorney, whose name and address are set out below, an answer to the amended complaint that was served on you on September 21, 2020.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint.



_/s/ Mario Toscano_
Clerk of the Court

_/s/ Matthew R. Nicely_
Matthew R. Nicely
Pratik A. Shah
James E. Tysse
Devin S. Sikes
Daniel M. Witkowski
Sarah B. W. Kirwin

AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, NW
Washington, D.C. 20006
mnicely@akingump.com
202-887-4000