## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| HMTX INDUSTRIES LLC, <br> HALSTEAD NEW ENGLAND CORPORATION, <br> METROFLOR CORPORATION, and <br> JASCO PRODUCTS COMPANY LLC, <br><br>      Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; <br> OFFICE OF THE UNITED STATES TRADE <br> REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. <br> TRADE REPRESENTATIVE; U.S. CUSTOMS & <br> BORDER PROTECTION; MARK A. MORGAN, U.S. <br> CUSTOMS & BORDER PROTECTION ACTING <br> COMMISSIONER, <br><br>      Defendants. | Court No. 20-00177 |

### LMG ~~PROPOSED~~ ORDER

Upon consideration of Plaintiffs' Consent Motion to Amend the Summons, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**ORDERED** that the amended summons included in Plaintiffs' Motion shall be docketed by the Court.

Dated: November 24, 2020
New York, NY

/s/ Leo M. Gordon
~~XXXXXXXXXXXXXXXXXXXXX~~ LMG
Judge Leo M. Gordon