## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HMTX INDUSTRIES LLC,<br>HALSTEAD NEW ENGLAND CORPORATION,<br>METROFLOR CORPORATION, and<br>JASCO PRODUCTS COMPANY LLC,<br><br>                Plaintiffs,<br><br>                v.<br><br>UNITED STATES OF AMERICA;<br>OFFICE OF THE UNITED STATES TRADE<br>REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S.<br>TRADE REPRESENTATIVE; U.S. CUSTOMS &<br>BORDER PROTECTION; MARK A. MORGAN, U.S.<br>CUSTOMS & BORDER PROTECTION ACTING<br>COMMISSIONER,<br><br>                Defendants. | **AMENDED SUMMONS**<br><br>Court No. 20-00177 |

**TO:**   The Above-Named Defendants:

Plaintiffs have amended their summons to name Jasco Products Company LLC as a plaintiff. You are hereby summoned and required to serve on plaintiffs' attorney, whose name and address are set out below, an answer to the amended complaint that was served on you on September 21, 2020. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint.



                                                                                                                  /s/ Mario Toscano<br>
                                                                                                                  Clerk of the Court

| | |
|---|---|
|  /s/ Matthew R. Nicely<br>Matthew R. Nicely<br>Pratik A. Shah<br>James E. Tysse<br>Devin S. Sikes<br>Daniel M. Witkowski<br>Sarah B. W. Kirwin | AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 K Street, NW<br>Washington, D.C. 20006<br>mnicely@akingump.com<br>202-887-4000 |