

**MATTHEW R. NICELY**
**Partner**
202.887.4046/fax: 202.887.4288
mnicely@akingump.com

April 23, 2021

Mario Toscano
Clerk of Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:    Plaintiffs' Motion for Preliminary Injunction Limited to Suspension of
        Liquidation in Court No. 20-177, *HMTX Indus. LLC et al. v. United States*

Dear Mr. Toscano,

        On April 22, 2021, Plaintiffs HMTX Industries, LLC, Halstead New England Corp.,
Metroflor Corporation, and Jasco Products Company LLC ("Plaintiffs") filed their Motion for
Preliminary Injunction Limited to Suspension of Liquidation in *HMTX Indus. LLC et al. v.
United States*, Court No. 20-177.  On April 23, 2021, the Court informed Plaintiffs that they
should re-caption and file their Motion in *In Re Section 301 Cases*, Court No. 21-052.  Plaintiffs
promptly did so on the same day.  Because Plaintiffs' Motion is now pending before the Court in
Court No. 21-052, Plaintiffs respectfully withdraw their Motion in Court No. 20-177.

        Please do not hesitate to contact the undersigned if you have any questions.

                                        Respectfully submitted,

                                        /s/ Matthew R. Nicely
                                        Matthew R. Nicely
                                        Pratik A. Shah
                                        James E. Tysse
                                        Devin S. Sikes
                                        Daniel M. Witkowski
                                        Sarah B. W. Kirwin

Dated:  April 23, 2021                  AKIN GUMP STRAUSS HAUER & FELD LLP
                                        2001 K Street, NW
                                        Washington, D.C. 20006

                                        *Counsel to Plaintiffs HMTX Industries LLC,
                                        Halstead New England Corporation, Metroflor
                                        Corporation, and Jasco Products Company LLC*