**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| HMTX INDUS. LLC, HALSTEAD NEW ENGLAND CORP., METROFLOR CORP., AND JASCO PRODS. CO. LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE, U.S. CUSTOMS AND BORDER PROTECTION, AND MARK A. MORGAN, U.S. CUSTOMS AND BORDER PROTECTION ACTING COMMISSIONER,<br><br>    Defendants. | Before: Mark A. Barnett, Claire R. Kelly, and Jennifer Choe-Groves, Judges<br>Court No. 20-00177 |

## JUDGMENT

This case having been duly submitted for decision, and the court, after due deliberation, having rendered a decision; now therefore, in conformity with said decision, it is hereby

**ORDERED** that the tariff actions imposed by the Office of the United States Trade Representative and styled as *Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 83 Fed. Reg. 47,974 (Sept. 21, 2018), and *Notice of Modification of Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation,* 84 Fed. Reg. 43,304 (Aug. 20, 2019), as amended on remand by Further Explanation of the Final List 3 and Final

Court No. 20-00177                                                                                                                    Page 2

List 4 Modifications in the Section 301 Action: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation, Pursuant to Court Remand Order, ECF No. 467, are **SUSTAINED**.

                                                   /s/ Mark A. Barnett
                                                   Mark A. Barnett, Chief Judge

                                                   /s/ Claire R. Kelly
                                                   Claire R. Kelly, Judge

                                                   /s/ Jennifer Choe-Groves
                                                   Jennifer Choe-Groves, Judge

Dated:  March 17, 2023
              New York, New York