**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| *In Re* Section 301 Cases | Court No. 21-cv-00052-3JP |
| HMTX INDUS. LLC, HALSTEAD NEW ENGLAND CORP., METROFLOR CORP., AND JASCO PRODS. CO. LLC, | |
| Plaintiffs, | Court No. 20-cv-00177-3JP |
| v. | |
| UNITED STATES OF AMERICA, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, JAMIESON GREER, U.S. TRADE REPRESENTATIVE, U.S. CUSTOMS AND BORDER PROTECTION, AND RODNEY S. SCOTT, U.S. CUSTOMS AND BORDER PROTECTION COMMISSIONER, | |
| Defendants. | |

**PLAINTIFFS' STATUS REPORT**

Pursuant to this Court's December 3, 2025 Order, HMTX Plaintiffs hereby inform the Court that they have received an extension of time in which to file a petition for writ of certiorari before the United States Supreme Court, with a due date of February 20, 2026. *See HMTX Indus., LLC v. United States*, No. 25A647 (U.S. Dec. 4, 2025).

1

Dated:  December 10, 2025

Respectfully submitted,

 /s/ *Matthew R. Nicely*
Matthew R. Nicely
Pratik A. Shah
James E. Tysse
Devin S. Sikes
Daniel M. Witkowski
Sarah B. W. Kirwin

AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
 (202) 887-4000
 mnicely@akingump.com

*Counsel to Plaintiffs HMTX Industries LLC, Halstead New England Corporation, Metroflor Corporation, and Jasco Products Company LLC*